

# NUMBER 13-26-00055-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

BRENICE MORCIGLIO, <span style="float:right">Appellant,</span>

v.

PRADIP J. MORBIA, MD, FACC
AND GULF COAST CARDIOLOGY
GROUP, PLLC, <span style="float:right">Appellees.</span>

## ON APPEAL FROM THE 136TH DISTRICT COURT
## OF JEFFERSON COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron**
**Memorandum Opinion by Justice West**

On December 4, 2025, appellant filed a notice of appeal.[1] On December 5, 2025,

the Clerk of the Court issued an invoice indicating the charges for a filing fee in the amount

---

[1] This case is before the Court on transfer from the Ninth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

of $205.00 was due to be paid in thirty days. On January 16, 2026, the Clerk of the Court issued the invoice again, notifying appellant the court costs in this case shall be paid by February 2, 2026. On February 19, 2026, the Clerk of the Court notified appellant she was delinquent in remitting the $205.00 filing fee. The Clerk of the Court further notified appellant that the appeal was subject to dismissal if the filing fee was not paid within ten days of the letter. *See* TEX. R. APP. P. 42.3 (b), (c).

Appellant has neither paid the filing fee nor otherwise responded to the notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.*

JON WEST
Justice

Delivered and filed on the
26th day of March, 2026.

2